UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD HARTMAN,

    Plaintiff,

v.                                              CASE NO. 8:14-cv-1312-T-23MAP

UNITED RECOVERY SYSTEMS, LP,

    Defendant.
_____/

**ORDER**

On June 3, 2014, the plaintiff commenced this action. Rule 4(m), Federal Rules of Civil Procedure, allows the plaintiff 120 days from the filing of the complaint to serve the defendant. The time for the plaintiff to serve the defendant expired on October 1, 2014. The plaintiff files no proof of service. No later than **FEBRUARY 2, 2015**, the plaintiff must (1) move for an extension of time to serve the defendant and (2) show under Rule 4(m) good cause for the failure to serve timely the defendant. Failure to move or to show good cause will result in dismissal of this action without further notice.

ORDERED in Tampa, Florida, on January 28, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE