# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RICHARD HARTMAN,**

    **Plaintiff,**

v.     **CASE NO.: 8:14-cv-01312-SDM-MAP**

**UNITED RECOVERY SYSTEMS, LP,**

    **Defendant.**

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Richard Hartman, by and through undersigned counsel, hereby files this Notice of Pending Settlement. By submission of this Notice, submitting counsel represents that this matter has settled in principle and the parties are working toward finalizing resolution at this time.

Dated: January 29, 2015     Respectfully Submitted,

**CENTRONE & SHRADER, PLLC**
1710 N. 19th Street, Suite 205
Tampa, Florida 33605
Phone: (813) 360-1529
Fax: (813) 336-0832


/s/ Gus M. Centrone
_____
**GUS M. CENTRONE, ESQ.**
Florida Bar No. 30151
e-mail: gcentrone@centroneshrader.com
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@centroneshrader.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 29, 2015, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

                                            /s/ Gus M. Centrone
                                            Attorney

Case 8:14-cv-01312-SDM-MAP   Document 5   Filed 01/29/15   Page 2 of 2 PageID 23