UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD HARTMAN,

    Plaintiff,

v.                                              CASE NO. 8:14-cv-1312-T-23MAP

UNITED RECOVERY SYSTEMS, LP,

    Defendant.

_____/

**ORDER**

The plaintiff announces (Doc. 5) a settlement in this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on February 2, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE