# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RICHARD HARTMAN,**

    **Plaintiff,**

v.                                                                CASE NO.: _____

**UNITED RECOVERY**
**SYSTEMS, LP,**

    **Defendant.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Richard Hartman, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby files this Notice of Voluntary Dismissal With Prejudice. By submission of this Notice, submitting counsel represents that Plaintiff has settled with Defendant United Recovery Systems, LP, and Plaintiff is voluntarily dismissing this action with prejudice.

Dated: February 13, 2015                      Respectfully Submitted,
                                                          **CENTRONE & SHRADER, PLLC**
                                                          1710 N. 19th Street, Suite 205
                                                          Tampa, Florida 33605
                                                          Phone: (813) 360-1529
                                                          Fax:   (813) 336-0832

                                                          /s/ Gus M. Centrone
                                                          _____
                                                          **GUS M. CENTRONE, ESQ.**
                                                          Florida Bar No. 30151
                                                          e-mail: gcentrone@centroneshrader.com
                                                          **BRIAN L. SHRADER, ESQ.**
                                                          Florida Bar No. 57251
                                                          e-mail: bshrader@centroneshrader.com
                                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2015, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

      /s/ Gus M. Centrone
**GUS M. CENTRONE, ESQ.**