UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD HARTMAN,

    Plaintiff,

v.                                                    CASE NO. 8:14-cv-1312-T-23MAP

UNITED RECOVERY SYSTEMS, LP,

    Defendant.
_____/

## **ORDER**

In accord with the plaintiff's notice (Doc. 7), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on February 18, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE